# IN THE SUPREME COURT OF THE STATE OF NEVADA

SPANISH HEIGHTS ACQUISITION
COMPANY, LLC; AND SJC VENTURES
HOLDING COMPANY, LLC, D/B/A SJC
VENTURES, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
    and
CBC PARTNERS I, LLC; CBC
PARTNERS, LLC; 5148 SPANISH
HEIGHTS, LLC; KENNETH ANTOS;
SHEILA NEUMANN-ANTOS; AND
DACIA LLC,
Real Parties in Interest.

No. 83373

**FILED**

AUG 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original, emergency petition for a writ of mandamus or prohibition challenges a district court order appointing a receiver.

An appeal is generally an adequate legal remedy precluding writ relief. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004); *see* NRS 34.170; NRS 34.330. Since an order appointing a receiver is appealable under NRAP 3A(b)(4), petitioners have an adequate legal remedy in the form of an appeal from the district court's order. *See* NRAP 4(a)(1) (stating that the notice of appeal must be filed within 30 days

21-24063

from the date when written notice of entry of the order appealed from is served). Thus, we decline to consider this petition for extraordinary writ relief, NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991), and we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Maier Gutierrez & Associates
Mushkin & Coppedge
Eighth District Court Clerk

---

[1]In light of this order, petitioners' emergency motion for stay is denied as moot.